# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAQUELINE SEDANO,<br><br>                       Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                       Defendant. | Case No.: 15cv225-MMA (WVG)<br><br>**ORDER RE: PLAINTIFF'S ACCEPTANCE OF RULE 68 OFFER** |

On March 22, 2017, Defendant made a formal settlement offer to Plaintiff Jaqueline Sedano pursuant to Federal Rule of Civil Procedure 68. *See* Doc. No. 22. On March 24, 2017, Plaintiff filed a notice of her acceptance of Defendant's Rule 68 offer. *See id.* According to Plaintiff's acceptance, this action is dismissed **with prejudice**. *See id.* The Clerk of Court is instructed to enter judgment in accordance with the offer of judgment and close this case. *See* Fed. R. Civ. P. 68(a) ("If [. . .] the opposing party serves written notice accepting the offer, either party may then file the offer and notice of acceptance, [. . .] and [t]he clerk must then enter judgment.").

**IT IS SO ORDERED.**

Dated: March 28, 2017

                                            HON. MICHAEL M. ANELLO
                                            United States District Judge